# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, Plaintiff, v. RAYMOND JOE HILDERBRAND, Defendant. | CASE NO: 2:23-CR-0114-TOR-1<br><br>ORDER DENYING JUDGMENT OF ACQUITTAL |
|---|---|

BEFORE THE COURT is Defendant's Motion for Judgment of Acquittal. ECF No. 191. The United States filed its opposition at ECF No. 192. Having sat through the trial and considering all the evidence, the Court denies the motion.

Rule 29(a) requires a trial court to grant a defendant's motion for judgment of acquittal "if the evidence is insufficient to sustain a conviction." Fed.R.Crim.P. 29(a). When evaluating such a motion, a trial court must determine whether "any rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt." *United States v. Hursh*, 217 F.3d. 761, 767 (9th Cir. 2000).

ORDER DENYING JUDGMENT OF ACQUITTAL ~ 1

**IT IS HEREBY ORDERED:**

Defendant's Motion for Judgment of Acquittal, ECF No. 191, is **DENIED**.

The District Court Executive is directed to enter this order and provide copies to counsel.

DATED May 30, 2025.



THOMAS O. RICE
United States District Judge

ORDER DENYING JUDGMENT OF ACQUITTAL ~ 2